EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>José M. Jiménez Román | 2019 TSPR 26<br><br>201 DPR \_\_\_\_ |

Número del Caso: TS-10,893


Fecha: 13 de febrero de 2019


Abogado de la parte peticionaria:

     Lcdo. Pedro Trinidad Pagán


Oficina del Procuradora General:

     Lcdo. Joseph Feldstein Del Valle
     Subprocurador General

     Lcda. Minnie H. Rodríguez López
     Procurador General Auxiliar

Comisión de Reputación:

     Lcdo. Guillermo Arbona Lago
     Lcda. Belén Guerrero Calderón
     Lcda. Jocelyn López Vilanova
     Dr. Robert Stolberg
     Sr. Bruno Cortés Trigo

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José M. Jiménez Román          TS-10,893

RESOLUCIÓN

San Juan, Puerto Rico, a 13 de febrero de 2019.

Examinada la *Moción Informativa y en Cumplimiento de Orden*, presentada por el Sr. José M. Jiménez Román, se da por cumplida nuestra orden de 25 de enero de 2019. En consecuencia, se ordena la reinstalación del señor Jiménez Román al ejercicio de la abogacía.

Por lo tanto, se instruye al Secretario del Tribunal a realizar el cambio del señor Jiménez Román a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). El señor Jiménez Román deberá actualizar de inmediato toda la información contenida en dicho Registro. Se le advierte de su obligación de mantener toda su información actualizada en el RUA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez se reitera en la expresión que emitió en la Resolución de 25 de enero de 2019. En consecuencia, reinstalaría al Sr. José M. Jiménez Román a la abogacía sin condiciones ulteriores, en vista de que este acreditó que tomó un curso de repaso de reválida. El Juez Asociado señor Colón Pérez hace constar que reinstalaría, sin más, al Sr. José M. Jiménez Román al ejercicio de la profesión legal. Ello en vista de que este acreditó el haber tomado un curso de repaso de reválida.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo